

**Barry Werbin**
**Counsel**
Phone: 212.592.1418
Fax: 212.545.3401
bwerbin@herrick.com

March 31, 2020

<u>ECF FILING</u>

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, N.Y. 10007

    Re:    <u>Sadowski v. Barstool Sports Inc. - No. 1:20-cv-01948-MKV</u>

Dear Judge Vyskocil:

    We are attorneys for defendant Barstool Sports, Inc. ("Barstool") in the above-referenced action, which was filed on March 4, 2020 (Docket No. 1). The undersigned previously filed an appearance and Rule 7.1 Disclosure Statement on behalf of Barstool. Just this morning, Plaintiff filed an Affidavit of Service of the Summons and Complaint on Barstool, reflecting a service date of March 6, 2020. Based on that filing, the answer/response date was March 27. Plaintiff's counsel, Richard Liebowitz, Esq., has consented to extend Barstool's time to answer, move or otherwise respond to the Complaint until April 10, 2020. There has been no previous request for such extension.

    Accordingly, we respectfully request that Barstool's time to answer, move or otherwise respond to the Complaint be extended to April 10, 2020.

                                      Respectfully submitted,

                                      Barry Werbin

cc: Richard Liebowitz, Esq. (ECF)

**HERRICK, FEINSTEIN LLP** • Two Park Avenue • New York, NY 10016 • Phone: 212.592.1400 • Fax: 212.592.1500

HF 13225005v.1