UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2020
```

CHRISTOPHER SADOWSKI,

                Plaintiff,

-against-

BARSTOOL SPORTS, INC.,

                Defendant.

1:20-cv-01948-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to the Court by the parties that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 18, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: August 19, 2020**
**New York, NY**

                _____
                **MARY KAY VYSKOCIL**
                **United States District Judge**